UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
MICHIGAN LABORERS' VACATION FUND; LABORERS
METROPOLITAN DETROIT HEALTH & WELFARE FUND;
and the MICHIGAN LABORERS TRAINING FUND,
trust funds established under,
and administered pursuant to, federal law,

     Plaintiffs,

                                              Case No.
v.                                        Hon.

W.P.M., Inc.,

     Defendant.

_____/

## COMPLAINT

PLAINTIFFS allege the following:

1.    Plaintiffs are the Trustees for trust funds established under, and administered pursuant to, Section 302 of the Labor-Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. §186, and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§1001, *et seq.*, with principal offices located in this judicial district, with the exception of the Michigan Laborers' Vacation Fund, whose principal office is located in Lansing, Michigan.

1

2. Defendant is a Michigan corporation, doing business in the building construction industry, an industry affecting commerce within the meaning of LMRA, with principal place of business located in this judicial district.

3. Jurisdiction of this Court is predicated on Section 301 of LMRA, 29 U.S.C. §185, and ERISA Sections 502(a)(3), 502(g)(2) and 515, 29 U.S.C. §§1132(a)(3), 1132(g)(2) and 1145, respectively, this being a suit for breach of the wage and fringe benefit provisions of collective bargaining agreements which the defendant, as employer, entered into with Local Unions 1076 and/or 1191 of the Laborers International Union of North America, AFL-CIO (hereinafter collectively the "Laborers Union"), labor organizations representing employees in a industry affecting commerce, with principal offices located in this judicial district.

4. Pursuant to the aforementioned collective bargaining agreements, copies of which are in its possession, the defendant was and is obligated to pay specific wage rates and make contributions for fringe benefits (e.g., medical coverage for eligible participant employees and their families, pensions, vacation and holiday pay, and annuity benefits) for, or with respect to work performed by, those of their employees who are or have been represented by the Laborers Union, which contributions should have been paid directly to plaintiffs.

5. Pursuant to ERISA Section 209(a), 29 U.S.C. §1059(a), and the collective bargaining agreements and trust agreements incorporated by reference

therein, defendant is obligated to maintain records sufficient to determine the benefits due or which may become due to its employees represented by the Laborers Union via contributions to plaintiffs, and to submit to periodic audits by plaintiffs of its books and records to confirm the accuracy and timeliness of such employee wages and contributions to plaintiffs.

6.     The attached August 12, 2021 audit of the books and records of defendant covering the period of January, 2018 through December, 2020 determined that $16,709.93 in unpaid fringe benefit contributions and contractual liquidated damages are owed to the plaintiffs.

7.     Despite demand, defendant has failed to pay the indebtedness.

8.     Defendant's indebtedness to plaintiffs for fringe benefit contributions (including contractual late payment charges or liquidated damages) for the period from January, 2021through present is unknown and cannot be determined until defendant submits all necessary books and records for inspection and audit.

WHEREFORE, plaintiffs request that this Court enter judgment in their favor and against defendant as follows:

A.     Adjudicating that defendant is contractually obligated to the plaintiffs pursuant to the collective bargaining agreements it entered into with the Laborers Union;

B.      Ordering defendant to specifically perform according to the provisions of such collective bargaining agreements;

C.      Entering Judgment against defendant in favor of the plaintiff in the amount of $16,709.93, representing all amounts owed pursuant to audit for the period through December, 2020, plus liquidated damages, statutory interest, costs and attorneys' fees;

D.      Upon request, ordering defendant to submit to the plaintiffs any and all books and records needed by them to determine the amount of its indebtedness from January, 2021 and

E.      Upon submission of a motion to amend, awarding the plaintiffs the amount of defendant's indebtedness for the period from December, 2020, as ascertained by the audit, plus liquidated damages, statutory interest, costs and attorney fees.

Respectfully submitted,

WATKINS, PAWLICK, CALATI, & PRIFTI, PC

By:     s/George H. Kruszewski
        GEORGE H. KRUSZEWSKI (P-25857)
        Attorneys for Plaintiffs
        1423 E. 12 Mile Road
        Madison Heights, MI 48071
        248-658-0800
February 7, 2022          Email: Gkruszewski@wpcplaw.com

# STEFANSKY, HOLLOWAY & NICHOLS, INC.
## *PAYROLL AUDITING SERVICES*

22260 HAGGERTY ROAD, SUITE 350
NORTHVILLE, MICHIGAN 48167

(248) 305-9905
FAX: (248) 305-9901

August 12, 2021

WPM, Inc.
P.O. Box 486
Grand Blanc, MI 48439

Dear Sir/Madam:

This is to inform you of the results of the recent audit to confirm your contributions to the Laborers' Metropolitan Detroit Fringe Benefit Funds. Based on the records provided, our examination has revealed that the following amounts are still owing the aforementioned Funds.

| | Health Care | Vacation | Pension | Training | LECET | I.A.P. | Total |
|---|---|---|---|---|---|---|---|
| 1/18 - 12/20 | $3,463.93 | $2,197.02 | $5,469.78 | $245.48 | $54.55 | $54.55 | $11,485.31 |

| | |
|---|---|
| Liquidated damages resulting from this audit | $1,143.08 |
| Liquidated damages resulting from late payments | $4,081.54 |
| | $16,709.93 |

A man-by-man breakdown covering the contributions due and owing the Funds is enclosed.

Liquidated damages resulting from this audit of $1,143.08 will be waived if this audit is paid within fifteen (15) days of the billing date.

Should you have any questions, or disagree with the above findings, please contact the writer at (248) 305-9905 to arrange for a review. If we do not hear from you within seven (7) days from the date of this letter, the audit results as shown will become final and the matter will be referred to Mr. Michael J. Brown, Collection Administrator. Please make your check payable to the "Laborers' Fringe Benefit Funds", and mail to the above address c/o Mr. Michael J. Brown (248-305-9118). <u>DO NOT MAIL THIS PAYMENT TO THE BANK.</u>

Very truly yours,

W.B. Kless
Fund Auditor

enclosure

xc: Mr. Michael J. Brown
    Mr. B. Bass          (Local #1076) w/o Enclosures
    Mr. M. Aaron         (Local #1191) w/o Enclosures

PREPARED BY: WBK
DATE 08/12/21

| WPM, Inc. | PERIOD 1/18 - 12/20 |
|---|---|

| EMPLOYEE | SOC. SECURITY | HRS.WKD July 2019 | HRS PD | HRS.WKD August 2019 | HRS PD | HRS.WKD September 2019 | HRS PD | HRS.WKD October 2019 | HRS PD | HRS.WKD November 2019 | HRS PD | HRS.WKD December 2019 | HRS PD | FUND | AMOUNT | MONTH/YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | XXX-XX- | | | | | | | | | | | | | | | |
| Bertollini, Brad | XXX-XX-5225 | 10.00 | 10.00 | 160.00 | 160.00 | | | | | 16.00 | 16.00 | | | | | |
| Richards, Jeffrey | XXX-XX-9194 | | | 160.00 | 160.00 | | | 15.00 | 15.00 | | | 36.00 | 36.00 | | | |
| Adams, Andre | XXX-XX-5285 | | | | | 2.25 | | | | | | | | | | |
| Guettler, Martin | XXX-XX-1067 | | | | | 27.50 | | | | | 17.00 | | 50.00 | | | |
| Shaw, Antoine | XXX-XX-3617 | | | | | 1.75 | | | | | | | | | | |
| Dyer, Dylan | XXX-XX-7952 | | | | | | | | 13.50 | | | | | | | |
| Timm, Charles | XXX-XX-5436 | | | | | | | | 11.00 | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | | | | |
| TOTAL | | 10.00 | 10.00 | 320.00 | 320.00 | 31.50 | | 15.00 | 39.50 | 16.00 | 33.00 | 36.00 | 86.00 | | | |

SUB-TOTALS FROM PAGES 2-5

| FUND | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | | Amt. Due | Amt. Due | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH CARE | $6.35 | $63.50 | $6.35 | $2,032.00 | | | $6.35 | $95.25 | $6.35 | $101.60 | $6.35 | $228.60 | | | $942.98 | $3,463.93 |
| VACATION | $2.65 | $26.50 | $2.65 | $848.00 | $2.75 | $86.63 | $2.75 | $108.63 | $2.75 | $90.75 | $2.75 | $236.50 | | | $800.01 | $2,197.02 |
| PENSION | $10.00 | $100.00 | $10.00 | $3,200.00 | | | $10.05 | $150.75 | $10.05 | $160.80 | $10.05 | $361.80 | | | $1,496.43 | $5,469.78 |
| TRAINING | $0.45 | $4.50 | $0.45 | $144.00 | | | $0.45 | $6.75 | $0.45 | $7.20 | $0.45 | $16.20 | | | $66.83 | $245.48 |
| LECET | $0.10 | $1.00 | $0.10 | $32.00 | | | $0.10 | $1.50 | $0.10 | $1.60 | $0.10 | $3.60 | | | $14.85 | $54.55 |
| IND ADV. | $0.10 | $1.00 | $0.10 | $32.00 | | | $0.10 | $1.50 | $0.10 | $1.60 | $0.10 | $3.60 | | | $14.85 | $54.55 |
| TOTAL | | $196.50 | | $6,288.00 | | $86.63 | | $364.38 | | $363.55 | | $850.30 | | | $3,335.95 | $11,485.31 |

8/12/2021  10:58 AM

| WPM, Inc. | | PREPARED BY: | WBK |
|---|---|---|---|

| PERIOD |
|---|
| 1/18 - 12/20 |

DATE 08/12/21

| EMPLOYEE | SOC.SECURITY | HRS.WKD | HRS PD | HRS.WKD | HRS PD | HRS.WKD | HRS PD | HRS.WKD | HRS PD | HRS.WKD | HRS PD | HRS.WKD | HRS PD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | May 2020 | | July 2020 | | November 2020 | | YTD 2020 | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| Bertollini, Brad | XXX-XX-5225 | 33.50 | 33.50 | 3.00 | 3.00 | 40.00 | 40.00 | | 75.50 | | | | |
| Richards, Jeffrey | XXX-XX-9194 | 32.00 | 32.00 | | | 40.00 | 40.00 | | 64.00 | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| | XXX-XX- | | | | | | | | | | | | |
| TOTAL | | 65.50 | 65.50 | 3.00 | 3.00 | 80.00 | 80.00 | | 139.50 | | | | |

| FUND | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | Rate | Amt. Due | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH CARE | $6.35 | $415.93 | $6.35 | $19.05 | $6.35 | $508.00 | | | | | | | $942.98 |
| VACATION | $2.75 | $180.13 | $2.75 | $8.25 | $2.85 | $228.00 | $2.75 | $383.63 | | | | | $800.01 |
| PENSION | $10.05 | $658.28 | $10.05 | $30.15 | $10.10 | $808.00 | | | | | | | $1,496.43 |
| TRAINING | $0.45 | $29.48 | $0.45 | $1.35 | $0.45 | $36.00 | | | | | | | $66.83 |
| LECET | $0.10 | $6.55 | $0.10 | $0.30 | $0.10 | $8.00 | | | | | | | $14.85 |
| IND.ADV. | $0.10 | $6.55 | $0.10 | $0.30 | $0.10 | $8.00 | | | | | | | $14.85 |
| TOTAL | | $1,296.92 | | $59.40 | | $1,596.00 | | $383.63 | | | | | $3,335.95 |

8/12/2021   10:58 AM

# DETROIT LABORER'S

*WPM, Inc.*

**Schedule of Liquidated Damages**

**Resulting From Late Payments**

| Work Month | Deposit Date | Amount Owed |
|---|---|---|
|  |  |  |
| June 2017 | 09/25/17 | $27.47 |
| June 2017 | 09/25/17 | $17.43 |
| June 2017 | 09/25/17 | $326.41 |
| July 2017 | 09/25/17 | $103.83 |
| July 2017 | 09/25/17 | $6.44 |
| November 2017 | 02/12/18 | $334.35 |
| December 2017 | 02/16/18 | $80.25 |
| December 2017 | 02/16/18 | $40.96 |
| February 2018 | 06/06/18 | $129.77 |
| February 2018 | 06/06/18 | $200.22 |
| March 2018 | 08/03/18 | $122.99 |
| March 2018 | 08/03/18 | $391.96 |
| April 2018 | 08/03/18 | $23.31 |
| April 2018 | 08/03/18 | $294.69 |
| May 2018 | 09/12/18 | $55.46 |
| May 2018 | 09/12/18 | $331.05 |
| June 2018 | 09/12/18 | $76.52 |
| June 2018 | 09/12/18 | $245.85 |
| June 2018 | 09/12/18 | $43.51 |
| July 2018 | 09/12/18 | $11.37 |
| July 2018 | 09/12/18 | $54.89 |
| August 2018 | 10/09/18 | $53.94 |
| February 2019 | 04/03/19 | $12.09 |
| July 2019 | 09/04/19 | $12.54 |
| September 2019 | 12/18/19 | $30.51 |
| October 2019 | 12/18/19 | $8.98 |
| October 2019 | 12/18/19 | $17.08 |
| May 2019 | 06/29/20 | $1,027.67 |
|  |  |  |
|  |  | $4,081.54 |